UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CSX Transportation, Inc.**
500 Water Street
Jacksonville, FL  32202
               **Plaintiff,**

      v.

**Newhaven Distribution Services, Inc.**
999 East 149th Street
Bronx, NY 10455
               **Defendant.**

**CASE NO**: 1:20-cv-07123

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for CSX Transportation, Inc. certifies that this party is a non-governmental corporate party and this party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are as listed here as follows:

- **CSX CORPORATION**

Respectfully submitted,

**KEENAN COHEN & MERRICK P.C.**

By:    */s/ Nicholas J. Hubner*
        Nicholas J. Hubner
        Keenan Cohen & Merrick P.C.
        125 Coulter Ave., Suite 1000
        Ardmore, PA 19003
        Telephone: (215) 609-1110
        Facsimile: (215) 609-1117
        Email: nhubner@freightlaw.net

Date:  September 1, 2020

*Attorneys for Plaintiff*
*CSX Transportation, Inc.*