AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-07123-AJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Newhaven Distribution Services, Inc.
was received by me on *(date)* 09/02/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* STEVE RYAN - OPERATIONS MANAGER , who is
designated by law to accept service of process on behalf of *(name of organization)*
Newhaven Distribution Services, Inc. on *(date)* 9/3/2020 AT 11:45AM ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* A SIGNATURE RECEIVED BY STEVE RYAN ON FACE COPY OF SUMMONS, AT TIME OF SERVICE - ENCLOSED

My fees are $ 0.00 for travel and $ 125.00 for services, for a total of $ 125.00 .

I declare under penalty of perjury that this information is true.

Date: SEPT 3RD 2020

*Server's signature*

PATRICK V. RUSO
*Printed name and title*

P.O. BOX 913 HARRISON, NEW YORK, 10528
*Server's address*

Additional information regarding attempted service, etc:

Sworn to before me this
3rd day of September 2020

DENYSE M. FECTEAU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01FE6008969
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JUNE 22, 20 22

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CSX Transportation, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 20cv7123 |
| Newhaven Distribution Services, Inc. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Newhaven Distribution Services, Inc.
999 East 149th Street
Bronx, NY 10455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas J. Hubner
Keenan Cohen & Merrick, PC
125 Coulter Ave, Suite 1000
Ardmore, PA 19003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 2, 2020

/S/ S. James
*Signature of Clerk or Deputy Clerk*