UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CSX TRANSPORTATION, INC.
500 Water Street
Jacksonville, FL 32202,

        Plaintiff,

  -against-

NEWHAVEN DISTRIBUTION SERVICES, INC.
999 East 149th Street
Bronx, NY 10455,

        Defendants.

---

20-cv-07123(AJN)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that JOHN M. MURTAGH of GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP, does hereby enter his appearance on behalf of CSX Transportation, Inc. Any and all correspondence, documents, notices and filings should be forwarded to GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP located at 1133 Westchester Avenue, White Plains, NY 10604.

Dated: White Plains, New York
       September 28, 2020

                                Respectfully submitted,
                                GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP
                                By: _____
                                   John M. Murtagh (JM5815)
                                Of Counsel to
                                KEENAN, COHEN & MERRICK, P.C.
                                Attorneys for
                                CSX Transportation, Inc.
                                1133 Westchester Avenue
                                White Plains, New York 10604
                                (914) 288-9595