UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CSX TRANSPORTATION, INC.
500 Water Street
Jacksonville, FL 32202,

        Plaintiff,

-against-

NEWHAVEN DISTRIBUTION SERVICES, INC.
999 East 149th Street
Bronx, NY 10455,

        Defendants.

20-cv-07123(AJN)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that DENISE M. COSSU of GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP, does hereby enter her appearance on behalf of CSX Transportation, Inc. Any and all correspondence, documents, notices and filings should be forwarded to GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP located at 1133 Westchester Avenue, White Plains, NY 10604.

Dated: White Plains, New York
       September 28, 2020

                                            Respectfully submitted,
                                            GAINES, NOVICK, PONZINI, COSSU
                                            & VENDITTI, LLP
                                            By: _/s/ Denise M. Cossu_____
                                                  Denise M. Cossu (DC6900)
                                            Of Counsel to
                                            KEENAN, COHEN & MERRICK, P.C.
                                            Attorneys for
                                            CSX Transportation, Inc.
                                            1133 Westchester Avenue
                                            White Plains, New York 10604
                                            (914) 288-9595