UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
CSX Transportation, Inc.,                      :         20-CIV-7123 (AJN)
:
Plaintiff,            :
:
against                       :         **NOTICE OF CHANGE OF**
:               **FIRM NAME**
Newhaven Distribution Services, Inc.            :
Defendant.      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO THE CLERK OF THE COURT AND DEFENDANT:**

**PLEASE TAKE NOTICE** that the law firm of Keenan, Cohen & Merrick, PC has changed its firm name to Cohen & Merrick, PC, effective immediately. The firm's and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers remain unchanged. As a result, the address of Cohen Merrick is now:

Cohen & Merrick, PC
125 Coulter Avenue, Suite 1000
Ardmore, PA 19003

Please update your records to reflect this change.

Dated: March 17, 2021                                   Respectfully submitted,

**COHEN & MERRICK, PC**

By: /s/ *Nicholas J. Hubner*
Nicholas J. Hubner (5601059)
125 Coulter Avenue, Suite 1000
Ardmore, PA 19003
Tel.: (215) 609-1110
Fax: (215) 609-1117
email: nhubner@freightlaw.net

*Attorneys for Plaintiff CSX Transportation, Inc.*