

NICHOLAS J. HUBNER
(P) 267.628.1521
(F) 215.609.1117
NHUBNER@FREIGHTLAW.NET
FREIGHTLAW.NET

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021
```

April 28, 2021

<u>Via ECF</u>
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    *CSX Transportation, Inc. v. Newhaven Distribution Services, Inc.*
              U.S.D.C. Southern District of New York; Case No. 1:20-cv-07123
              <u>Our File No. 1326.538</u>

Dear Judge Nathan,

      Pursuant to Fed. R. Civ. P. 6(b), L.R. 7.1(d), and the Court's Individual Rules of Practice at ¶1(D), the parties, by and through their respective counsel, respectfully move the Court for an Order modifying the current Scheduling Order (ECF No. 17) as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deposition Deadline | May 14, 2021 | July 23, 2021 |
| Fact Discovery Deadline | June 21, 2021 | August 23, 2021 |
| Expert Discovery Deadline | August 5, 2021 | October 5, 2021 |

      This is the first request for an extension of time in this matter. The requested extensions will not prejudice any party. The parties mutually agree that the above requested extensions are necessary in this matter and jointly consent to extending these dates.

> The motion to modify the scheduling order is GRANTED. The Court adopts the parties' proposed revisions to the discovery schedule. No further extensions will be granted.
>
> The post-discovery conference scheduled for July 30, 2021 is hereby ADJOURNED to September 24, 2021 at 3:00 p.m.
> SO ORDERED.   *[signature: Alison J. Nathan]*
>
> 5/5/2021

                Respectfully Submitted,

                *s/ Nicholas J. Hubner*
                Nicholas J. Hubner
                Cohen & Merrick P.C.
                125 Coulter Ave., Suite 1000
                Ardmore, PA 19003
                Telephone: (215) 609-1110
                Facsimile: (215) 609-1117
                Email: nhubner@freightlaw.net
                *Attorneys for Plaintiff*
                *CSX Transportation, Inc.*

                *s/ Michael J. Mauro, Esq.*
                Michael J. Mauro, Esq.
                Milman Labuda Law Group PLLC
                3000 Marcus Ave.
                Suite 3W8
                Lake Success, NY 11042
                Telephone: (516) 328-8899
                Facsimile: (516) 328-8899
                Email: michael@mllaborlaw.com
                *Attorneys for Defendant*
                *Newhaven Distribution Services, Inc.*