UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CSX Transportation, Inc.,

    Plaintiff,

–v–

Newhaven Distribution Services, Inc.,

    Defendants.

20-cv-7123 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The September 24, 2021 post-discovery status conference is adjourned to October 29, 2021 at 3:00 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: July 13, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge