USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/19/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CSX Transportation, Inc.,

            Plaintiff,

v.

Newhaven Distribution Services, Inc.,

            Defendant.

**CASE NO**: 1:20-cv-07123-AJN

## ORDER & FINAL JUDGMENT

**UPON GOOD CAUSE SHOWN**, it is hereby **ORDERED** that judgment shall be and is hereby entered in this matter in favor of the plaintiff, CSX Transportation, Inc., and against the defendant, Newhaven Distribution Services, Inc. The Court **DIRECTS** the Clerk to enter final judgment for CSX Transportation, Inc. against Newhaven Distribution Services, Inc. in the amount of **$1,412,714.02**, together with reasonable attorneys' fees and costs as may be established by CSX Transportation, Inc., plus interest at the contractual rate of twelve percent (12%) per annum from the date of entry of judgment.

**IT IS SO ORDERED THIS** 19th **DAY OF** September , **2024.**

_____
ANALISA TORRES
United States District Judge